UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVORY BUTLER,

                Plaintiff,

v.

RONALD HAYNES, et al.,

                Defendants.

Case No. 3:21-cv-05683-MJP-TLF

REPORT AND RECOMMENDATION

Noted for December 17, 2021

      This matter is before the Court on plaintiff's failure to respond to the Court's order to show cause or amend the complaint ("Order"). Dkt. 5. Plaintiff is proceeding *pro se* and *in forma pauperis* in this matter, which has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a).

      Plaintiff initiated this matter on September 15, 2021. Dkt. 1. After screening the complaint, the Court found the complaint deficient and declined to serve it, but gave plaintiff an opportunity to file an amended complaint curing the deficiencies or to show cause why this case should not be dismissed. Dkt. 5. Plaintiff was ordered to respond on or before November 15, 2021. *Id.* at 9. The Court warned plaintiff that failure to file an amended pleading or to adequately address the issues identified in the Order would result in the Court recommending dismissal of this action. *Id*.

REPORT AND RECOMMENDATION - 1

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order nor filed an amended complaint. As plaintiff has failed to abide by the Court's Order or to prosecute this case, the Court recommends dismissal of this action without prejudice.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **December 17, 2021**, as noted in the caption.

Dated this 30th day of November, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2