UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVORY BUTLER,

    Plaintiff,

 v.

RONALD HAYNES, et al.,

    Defendants.

Case No. 3:21-cv-05683-MJP-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation; and

(2)  Plaintiff's complaint is DISMISSED without prejudice for failure to comply with a court order or to prosecute this case.

Dated this 27th day of December, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1